**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **INTERNATIONAL PAINTERS AND** | * | |
| **ALLIED TRADES INDUSTRY** | * | |
| **PENSION FUND,** *et al.*, | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Civil No. SAG-23-00045** |
| | * | |
| **FLORIDA GLASS** | * | |
| **OF TAMPA BAY, INC.,** *et al.*, | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SECOND AMENDED ORDER OF JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is this 25 day of March, 2025, ORDERED that Plaintiff's motion seeking damages, ECF 65, is GRANTED in full. Judgment is entered in favor of Plaintiff in the amount of:

1. The $1,230,000 in principal withdrawal liability and interest that Defendants have already paid, which Plaintiff shall retain;

2. $370,470.65 in outstanding withdrawal liability;

3. $36,240.89 in statutory interest predating November 20, 2024;

4. $4,263 in statutory interest from November 20, 2024 to present;

5. $315,837.37 in liquidated damages;

6. $568,413.25 in attorney's fees through November 20, 2024;

7. $27,380 in attorney's fees from November 21, 2024 to present;

8. $5,911.64 in costs through November 20, 2024;

9. $15.58 in costs from November 21, 2024 to present.

Stephanie A. Gallagher
United States District Judge